TRACY HOPE DAVIS
United States Trustee for Region 17
Office of the United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104-2745
Telephone: (415) 705-3333
Facsimile: (415) 705-3379

By:    JULIE M. GLOSSON
       Trial Attorney (#230709)
       Email: Julie.m.glosson@usdoj.gov

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| In re | No. 11-41900 |
| 3dfx Interactive, Inc., | Chapter 11 |
| Debtor. | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that the undersigned attorney hereby appears under Fed. R. Bankr. P. 9010 for Tracy Hope Davis, the United States Trustee for Region 17, and requests that all required notices be directed to:

    Office of the United States Trustee
    Attn: Julie M. Glosson
    235 Pine Street, Suite 700
    San Francisco, CA 94104-2745
    Email: Julie.M.Glosson@usdoj.gov

Dated: June 4, 2014            TRACY HOPE DAVIS
                               UNITED STATES TRUSTEE

                                /s/ Julie M. Glosson_____
                               Julie M. Glosson
                               Office of the United States Trustee
                               235 Pine Street, Suite 700
                               San Francisco, CA 94104
                               Telephone: (415) 705-3333
                               Facsimile: (415) 705-3379

Case: 11-41900   Doc# 1249   Filed: 06/04/14   Entered: 06/04/14 10:12:36   Page 1 of 1